UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RAMIZ ZIJAD HODZIC, SEDINA UNKIC HODZIC, NIHAD ROSIC, MEDIHA MEDY SALKICEVIC, and ARMIN HARCEVIC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 4:15 CR 49 CDP / DDN

### ORDER FOLLOWING STATUS CONFERENCE

Following the status conference of the court with counsel for the above-styled parties on November 19, 2015,

**IT IS HEREBY ORDERED** that the motion of defendant Mediha Medy Salkicevic for leave to file her motion to dismiss and supporting memorandum *instanter* out of time (Doc. 232) is sustained.

**IT IS FURTHER ORDERED** that the motion of defendant Ramiz Zijad Hodzic to extend the deadline for filing pretrial motions to dismiss the indictment due to legal insufficiency arising from the face of the indictment (Doc. 222) is sustained. Defendant may have until December 9, 2015, to file said motion.

**IT IS FURTHER ORDERED** that the oral request of the government for an extension of time to file a response to all the motions to dismiss of the defendants is sustained. The government may have until January 6, 2016 to file individual responses or a joint response to the motions to dismiss.

**IT IS FURTHER ORDERED** that the motion of defendant Armin Harcevic for authorization to employ an expert Serbo-Croation language translator under the Criminal Justice Act (Doc. 229) is sustained. Although defendant Harcevic is not represented by counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, the court finds that the services

sought by the motion are necessary to defendant's defense. Further, based upon the CJA 23 financial affidavit filed by defendant Harcevic (Doc. 92), the court finds that defendant Harcevic is financially unable to obtain the requested translator services. 18 U.S.C. § 3006A(e)(1). Defendant seeks authority to expend $3,000.00 for this service for reimbursement under the CJA. However, the maximum amount this court can authorize is $2,400.00, without the approval of the Chief Judge of the United States Court of Appeals for the Eighth Circuit. Id. at § 3006A(e)(3). Therefore, the amount the court hereby authorizes for the payment of this service is $2,400.00. Additional funds may be expended following approval of the Chief Judge of the Circuit Court of a budget that provides such funds.

      **IT IS FURTHER ORDERED** that the next status conference of the court with counsel is set for Thursday, January 7, 2016 at 2:00 p.m.

                        /s/    David D. Noce
                        **UNITED STATES MAGISTRATE JUDGE**

**Signed on November 19, 2015.**