November 19, 2015

Mr. Ramiz Z. Hodzic
Flr. 6A-46
P.O. Box 16060
Clayton, Mo. 63105

RECEIVED
DEC 1 0 2015
BY MAIL

Hon. Judge Catherine D. Perry
U.S. District Court
1010 Market St.
St. Louis, Mo. 63101


Dear Judge Perry:


If I would say Islam in greeting you, would you perhaps become offended? Perhaps you would, if you did not understand its meaning, simply saying peace be upon you and with you. I believe in the one and same God that every red bloodAmerican Christian believe in. My point, thate is so much misunderstanding concerning this case. My attorney of record has shown me that she simply do not care to understand my situation in this case. Her actions in representing me enable me to believe she is prejudice towards me because I am a Muslim and therefore fall short of my expectations. I do think my case would move much faster if everyone involved understood the evidence against me.

I would deeply appreciate it, if you would look into and or speak with her regarding this matter.


Sincerely,


Ramiz Z. Hodzic
*RAMIZ HODZIC*

cc: r/h

Mr. Ramiz Z. Hodzic
Flr. 6A-46
P.O. Box 16060
Clayton, Mo. 63105

RECEIVED
DEC 10 2015
BY MAIL

Hon. Judge Catherine D. Perry
U.S. District Court

Thomas F. Eagleton Courthouse
111 South 10th Street
Suite 3.300
St. Louis, MO 63102