# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15 CR 00049 CDP (DDN) |
| | ) |
| RAMIZ ZIJAD HODZIC, | ) |
| a/k/a Siki Ramiz Hodzic, | ) |
| | ) |
| SEDINA UNKIC HODZIC, | ) |
| | ) |
| NIHAD ROSIC, | ) |
| a/k/a Yahya AbuAyesha Mudzahid, | ) |
| | ) |
| MEDIHA MEDY SALKICEVIC, | ) |
| a/k/a Medy Ummuluna, | ) |
| a/k/a Bosna Mexico, and | ) |
| | ) |
| ARMIN HARCEVIC | ) |
| | ) |

**Defendants.**

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Josh Champagne, Trial Attorney for the National Security Division, Counterterrorism Section, hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney
*s/Joshua Champagne*
JOSHUA CHAMPAGNE, 85743VA
Trial Attorney
National Security Division
Counterterrorism Section

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the United States mail upon counsel of record.

      *s/Joshua Champagne*
      JOSHUA CHAMPAGNE, 85743VA
      Trial Attorney
      National Security Division
      Counterterrorism Section