UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RAMIZ ZIJAD HODZIC, SEDINA UNKIC HODZIC, NIHAD ROSIC, MEDIHA MEDY SALKICEVIC, and ARMIN HARCEVIC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 4:15 CR 49 CDP / DDN

**ORDER**
**VACATING STATUS CONFERENCE, SETTING NEXT CONFERENCE**
**AND SETTING HEARING ON MOTION FOR NEW COUNSEL**

Upon motion of the court, the court having issued a pretrial scheduling order (ECF 305),

**IT IS HEREBY ORDERED** that the status conference with counsel and the court, set for Thursday, June 23, 2016 is vacated. Instead of appearing in open court and making an oral report of the status of the proceedings, counsel for each party must, not later than June 30, 2016, file a written report of the status of the case from the perspective of counsel's respective client.

**IT IS FURTHER ORDERED** that the *pro se* motion of defendant Ramiz Zijad Hodzic for new counsel (ECF 295) is set for a hearing on **Thursday, June 23, 2016, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the next status conference of the court with counsel is set for **Thursday, August 18, 2016, at 2:00 p.m.**

/s/     David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

**Signed on June 21, 2016.**