UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 6/23/2016   **Judge** Noce   **Case No.** 4:15-cr-49-CDP-DDN

**UNITED STATES OF AMERICA** v. Ramiz Zijad Hodzic

Court Reporter FTR GOLD   Deputy Clerk COlliges

Assistant United States Attorney(s) Matthew Drake

Attorney(s) for Defendant(s) Diane Dragan and Kevin Curran

Interpreter Belma Salesevic   ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☒ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Parties present for hearing on Defendant's Motion for New Counsel, docket entry [295]. Proceedings from 2:11 p.m. to 2:15 p.m. are sealed. Order to issue.

- ☐ Oral Motion for appointment of counsel (GRANTED)
- ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- Plea entered Not Guilty   Order on pretrial motions:   ☐ issued   ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
- Trial date/time _____ Before _____
- Final Supervised Release Revocation Hearing set for _____ Before _____
- ☒ Remanded to custody   ☐ Released on bond
- Next hearing date/time _____ Type of hearing _____ Before _____
- Proceeding commenced 2:05 pm   Proceeding concluded 2:22 pm   Continued to _____