# INTERPRETER USAGE REPORT (IUR)

## Section A. — Complete All

**Case information:**

| Interpreter | Language | Case Number |
|---|---|---|
| Belma Salesevic | Bosnian | 4:15-cr-49 CDP-DDN |

| Court ( ) District  mark one (✓) Magistrate | Judge | Date(s) of Proceedings | Style of Case |
|---|---|---|---|
| | DDN | 6/23/16 | USA v Ramiz Zijad Hodzic |

## Section B. — Check the kind of service provided and complete those sections checked

**Kind of Service Provided:**

( ) **Probation** — *If checked complete this section*

| Defendant(s) Name(s): | Time of Proceedings: Start / End | Type of Service: |
|---|---|---|
| | | |

( ) **Pre-Trial Services** — *If checked complete this section*

| Defendant(s) Name(s): | Time of Proceedings: Start / End | Type of Service: |
|---|---|---|
| | | |

(✓) **In Court Proceedings** — *If checked complete this section*

| Defendant(s) Name(s): | Time of Proceedings: Start / End |
|---|---|
| Ramiz Zijad Hodzic | 2:05 pm / 2:22 pm |

**Type of Service:** *Check all that apply*

| General | | Motions | |
|---|---|---|---|
| | Initial Appearance | | Sever |
| | Arraignment | | Dismiss |
| | Plea Proceeding | | Detention |
| | Trial ( ) Defendant ( ) Witness | | Sentence Reduction |
| | For Sentencing | | Suppress |
| | Other (Describe) | | Discovery |
| | Motion Hearing | | Other (Describe) |

## Section C. — Optional

**Comments:**

## Section D. — Complete All

| Recorded by: | Date |
|---|---|
| Chelsea Olliges | 6/23/16 |

**Revised 11/95**