IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| UNITED STATES OF AMERICA,      ) | Cause No. 4:15-CR-00049 CDP- DDN |
| ) |  |
| Plaintiff,      ) | **MOTION FOR LEAVE TO FILE AN** |
| ) | **EX PARTE MOTION UNDER SEAL** |
| vs.                                         ) |  |
| ) |  |
| ARMIN HARCEVIC,              ) |  |
| ) |  |

Defendant.

## **MOTION**

Comes now Armin Harcevic, by and through undersigned counsel, and moves this court for Leave to File an Ex Parte Motion Under Seal for Additional Funds for an Expert Consultant.

Respectfully submitted this 9th day of September, 2016.

> By: /s/ Charles Swift
> Charles D. Swift, Pro Hac
> Attorney for ARMIN HARCEVIC
> CLCMA
> 833 – E. Arapaho Rd., Suite 102
> Richardson, TX  75081
> (972) 914-2507
> cswift@clcma.org
>
> By: /s/ Catherine McDonald
> Catherine McDonald, Pro Hac
> Attorney for ARMIN HARCEVIC
> CLCMA
> 833 – E. Arapaho Rd., Suite 102
> Richardson, TX  75081
> (972) 914-2507
> cmcdonald@clcma.org

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of defendant Harcevic's **Motion for Leave to File an Ex Parte Motion Under Seal** was electronically filed and served on the Court's electronic filing system:

DATED this 9th day of September, 2016.

                                                 */s/ Charles D. Swift*
                                              Charles D. Swift
                                              Pro Hac Attorney for Armin Harcevic
                                              833 – E. Arapaho Rd., Ste. 102
                                              Richardson, TX  75081
                                              Tel: (972) 914-2507
                                              Fax: (972) 692-7454
                                              cswift@clcma.org