**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMIZ ZIJAD HODZIC,<br>   a/k/a Siki Ramiz Hodzic<br>SEDINA UNKIC HODZIC,<br>NIHAD ROSIC,<br>   a/k/a Yahya Abu Ayesha Mudzahid,<br>MEDIHA MEDY SALKICEVIC, and<br>   a/k/a Medy Ummuluna,<br>   a/k/a Bosna Mexico,<br>ARMIN HARCEVIC,<br><br>    Defendants. | Case No. 4:15-CR-0049 CDP- DDN<br><br>**UNOPPOSED MOTION TO FILE REPLY TO GOVERNMEN'S RESPONSE ON DECEMBER 1, 2017** |

_____

MOTION TO FILE REPLY TO GOVERNMENT'S
RESPPONSE ON DECEMBER 1, 2017
LOCAL RULE 4.01 (C)

COME NOW Defendants, by and through undersigned counsel, and hereby respectfully move the Court to allow the defendants to file their Reply brief to the Government's Response, on December 1, 2017, for the reasons set forth herein.

Local Rule 4.01(C) states "Within seven (7) days after being served with a memorandum in opposition, the moving party may file a reply memorandum." Previously the Court has set the date for defense Reply brief 14 and 15 days following

1

service when setting the briefing schedule[1], however, in the most recent order granting an extension of time for the government to file their response, (Doc. 402), the court did not give a Reply due date. The default due date under the Local Rules is presently October 18, 2017.

The Government's Response is 35 pages long.  In it, the Government raises new issues and arguments which were not previously briefed or addressed in the defenses' initial Motion and Brief.  Defendants request an opportunity to address these issues in a thorough and competent manner.  Because this is a multi-defendant case with many attorneys who need to contribute and provide input to the drafting of our Reply, we are asking for additional time beyond 14 or 15 days previously give, and certainly beyond the seven days given under the Local Rules, to fashion a Reply. It will benefit the court in its decision making to be fully apprised of a complete and thorough argument in this matter. These reasons support Defendants' request for a due date of their Reply of December 1, 2017. This request is not made for any reasons to delay or frustrate the administration of justice in this case.

Counsel for Defendant Armin Harcevic has spoken to AUSA Matthew Drake, and Mr. Drake is not in opposition to the Defense Motion to file Defense Reply Brief on December 1, 2017.

WHEREFORE, for all of the reasons set forth above, Defendants respectfully request that this Court grants their motion to file defense Reply on December 1, 2017.

---

[1] Doc. 398 gave defense 15 days following service of the Response, and Doc. 388 gave defense 14 days following service of the Response.

Dated: October 16, 2017

Respectfully submitted,

*/s/ Charles D. Swift*
Charles D. Swift
Pro Hac Attorney for Defendant Harcevic
TX State Bar No. 24091964
Constitutional Law Center for Muslims in America
833 E Arapaho Rd, Suite 102
Richardson, TX  75081
(972) 914-2507
cswift@clcma.org

*/s/ Catherine McDonald*
Catherine McDonald
Pro Hac Attorney for Defendant Harcevic
TX State Bar No. 24091782
Constitutional Law Center for Muslims in America
833 E Arapaho Rd, Suite 102
Richardson, TX  75081
(972) 914-2507
cmcdonald@clcma.org

*/s/ Diane Dragan*
Diane Dragan, Assistant Fed. Public Defender
Attorney for Defendant Ramiz Hodzic
1010 Market St., Suite 200
Saint Louis, Missouri 63101
Telephone: (314) 241-1255
Facsimile: (314) 421-3177
Diane_Dragan@fd.org

*/s/ Kevin Curran*
Kevin Curran, Assistant Fed. Public Defender
Attorney for Defendant Ramiz Hodzic
1010 Market St., Suite 200
Saint Louis, Missouri 63101
Telephone: (314) 241-1255
Facsimile: (314) 421-3177
Kevin_Curran@fd.org

*/s/ JoAnn Trog*
JoAnn Trog            42725MO
Attorney for Defendant Rosic
121 West Adams Ave.
Saint Louis, Missouri 63122-4022
Telephone:   314-821-1111
Facsimile:    314-821-9798
jtrogmwb@aol.com

*/s/Paul J. D'Agrosa*
Paul J. D'Agrosa (#36966MO)
Attorney for Defendant Sedina Hodzic
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Paul@wolffdagrosa.com

*/s/ Andrea E. Gambino*
Andrea E. Gambino
Law Offices of Andrea E. Gambino
Co-Counsel for Defendant Mediha Salkicevic
53 W. Jackson Blvd., Suite 1332
Chicago, Illinois  60604
(312) 322-0014 or (312) 952-3056
fax:  (312) 341-9696
agambinolaw@gmail.com

*/s/ J. Christian Goeke*
J. Christian Goeke #39462MO
Co-counsel for Defendant Mediha Salkicevic
7711 Bonhomme Avenue
Suite 850
Clayton, MO 63105
(314) 862-5110
(314) 862-5943- Facsimile
chris@jcgoekelaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendants' Unopposed Motion to File Defendants' Reply to Government's Response on December 1, 2017, was electronically filed and served on the Court's electronic filing system:

DATED this 16th day of October, 2017.

>  /s/ Charles D. Swift
>  Charles D. Swift
>  Pro Hac Attorney for Armin Harcevic
>  833 – E. Arapaho Rd., Ste. 102
>  Richardson, TX  75081
>  Tel: (972) 914-2507
>  Fax: (972) 692-7454
>  cswift@clcma.org