IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff,  )<br>)<br>v.                )<br>)<br>RAMIZ HODZIC, SEDINA UNKIC )<br>HODZIC, NIHAD ROSIC, MEDIHA )<br>MEDY SALKICEVIC, and ARMIN )<br>HARCEVIC<br><br>Defendants. | Case No. 4:15 CR 49 CDP<br>(DDN) |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO RESPOND TO THE GOVERNMENT'S OBJECTIONS TO THE MAY 9, 2018 ORDER AND RECOMMENDATION

Defendant Ramiz Hodzic through his attorney, Assistant Federal Public Defender Diane L. Dragan, moves on behalf of all codefendants for leave to file a response to the government's Objections to the Magistrate Court's Order and Recommendation Regarding Lawful Combatant Immunity Defense.  In support of this motion he states:

1. Hodzic's attorney has conferred with all codefendants' attorneys and learned that all join this request for leave to respond to the government's objections.

2. Hodzic's attorney has also spoken with Assistant United States Attorney Matthew Drake and learned that the government does not object to

defendants' request to respond to the objections nor does the government object to the proposed due date for this response.

3.  Given the importance and complexity of the combatant immunity defense issues, defendants believe that they will need 21 days to draft and file a response.  If they can file it more promptly, they will.

WHEREFORE, Defendant Hodzic respectfully requests that the Court permit defendants to file a response to the government's objections and directed that it be filed on or before Wednesday, June 20, 2018.

Dated June 1, 2018.

>Respectfully submitted,
>
>/s/Diane L. Dragan
>Assistant Federal Public Defender
>1010 Market Street, Suite 200
>St. Louis, Missouri 63101
>Telephone: (314) 241-1255
>Fax: (314) 421-3177
>E-mail: Diane_Dragan@fd.org
>
>Attorney for Defendant Hodzic

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Matthew Drake and upon attorneys for all codefendants.

>/s/Diane L. Dragan