# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Courtroom Minute Sheet – Criminal Case

**Date** 9/25/18   **Judge** David D. Noce   **Case No.** 4:15-cr-00049-CDP-DDN

**UNITED STATES OF AMERICA** v. Ramiz Zijad Hodzic et al.

Court Reporter: FTR GOLD   Deputy Clerk: J. Bernsen

Assistant United States Attorney(s): Matthew T. Drake, Howard Marcus

Attorney(s) for Defendant(s): Kevin Curran, Kim C. Freter, Daniel Schattnik, JoAnn Trog, Joan K. Miller, Charles D. Swift

Interpreter: ___   ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☒ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☒ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Parties present for hearing on Joint MOTION to Take Foreign Deposition by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, and Armin Harcevic (doc #448). Defendants to file proposed plan to take foreign depositions within 3 weeks. Government granted 2 weeks to file a response.

- ☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ ___   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention.   Detention hearing scheduled for ___ Before ___
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for ___ Before ___
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- Plea entered: Not Guilty   Order on pretrial motions: ☐ issued ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives ___   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time ___ Before ___

Final Supervised Release Revocation Hearing set for ___ Before ___

☐ Remanded to custody   ☐ Released on bond

Next hearing date/time ___ Type of hearing ___ Before ___

Proceeding commenced 10:14AM   Proceeding concluded 10:58AM   Continued to ___