UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAMIZ ZIJAD HODZIC, *et al.,* | ) | No. 4:15 CR 49 CDP / DDN |
| | ) | |
| Defendants. | ) | |

**ORDER**
**VACATING ORDER REGARDING FOREIGN DEPOSITIONS**

      Defendants Ramiz Zihad Hodzic, Sedina Hodzic, and Nihad Rosic filed their joint notice (Doc. 482) that they do not intend to participate in any foreign depositions currently scheduled by the Court's order of December 21, 2018 (Doc. 468).   Defendant Mediha Medy Salkicevic informally advised the Court through counsel of the same on February 21, 2019.   And defendant Armin Harcevic pled guilty on February 25, 2019.   Thus, there is no defendant who has a continuing interest in the conduct of the subject depositions.

      Therefore,

      **IT IS HEREBY ORDERED** that the Order that was issued on December 21, 2019 (Doc. 468) scheduling the subject depositions **is vacated.   Absent further order, no deposition is approved for use in this action.**


                        **/s/     David D. Noce**
                    **UNITED STATES MAGISTRATE JUDGE**


**Signed on March 4, 2019.**