UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15 CR 49 CDP-1 |
| RAMIZ ZIJAD HODZIC, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the possible **change of plea hearing** in this matter is set for **Wednesday, April 3, 2019 at 11:00 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2019.