UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CR 49 CDP-1 |
| ) | |
| RAMIZ ZIJAD HODZIC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter is set for **Tuesday, June 18, 2019 at 2:00 p.m.** in Courtroom 14-South.   All Objections to the presentence report must be filed no later than **May 28, 2019.**   If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **June 11, 2019** except that a response to a sentencing memorandum may be filed no later than **June 13, 2019.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2019.