IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CR 49 CDP |
| | ) | (DDN) |
| RAMIZ HODZIC, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION BY DEFENDANT HODZIC TO CONTINUE SENTENCING AND FOR ADDITIONAL TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION

Defendant Ramiz Hodzic through his attorney, Assistant Federal Public Defender Diane L. Dragan requests that the Court continue the sentencing for thirty days and grant an additional thirty days to file objections to the presentence investigation. This is a case of some complexity and involves complex areas of the law. Undersigned counsel needs additional time to do research, confer with Mr. Hodzic, and consider the filing of objections to the presentence investigation. Counsel will also use the additional time requested to prepare for sentencing. Counsel has discussed this request with the Assistant United States Attorney who does not object to this request.

Dated May 28, 2019.

Respectfully submitted,

/s/Diane L. Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org


Attorney for Defendant Hodzic


**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Matthew Drake.


/s/Diane L. Dragan