# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARMIN HARCEVIC,<br><br>　　　　Defendant. | No. 4:15-cr-00049 CDP/DDN<br><br>**NOTICE OF COMPLIANCE** |

　　　Comes now Armin Harcevic, by and through undersigned counsel, and provides Notice to this Court that the letters order by this Court to be provided to counsel for Ramiz Zijad Hodzic in Docket Text Order No. 616 were provided to counsel via email on Tuesday, July 30, 2019, at approximately 2:05 p.m.

　　　Respectfully submitted this 1st day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles D. Swift*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chares D. Swift
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24091964
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Pro Hac Attorney for Armin Harcevic*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Constitutional Law Center for
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Muslims in America
　　　　　　　　　　　　　　　　　　　　　　　　　　　　833 E. Arapaho Rd, Suite 102
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richardson, TX  75081
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (972) 914-2507
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (972) 692-7454

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
Chares D. Swift
*Pro Hac for Armin Harcevic*